JUDGE HOLWELL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

MISHCON DE REYA NEW YORK LLP,

            Petitioner,

v.

GRAIL SEMICONDUCTOR, INC.,

            Respondent.

-----------------------------------------------------------x

Civil Action No. 11-

11 CIV 497[?]

[RECEIVED JUL 20 2011 U.S.D.C. S.D.N.Y. CASHIERS]

## FRCP RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned Petitioner, appearing pro se, certifies that it has no corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York
       July 20, 2011

            Respectfully submitted,

            MISHCON DE REYA NEW YORK LLP

            By: /s/ Vincent Filardo
            James J. McGuire
            Mark A. Berube
            Vincent Filardo, Jr.
            Mishcon de Reya New York LLP
            200 Park Avenue, 44th Floor
            New York, NY 10166
            Telephone (212) 612-3270
            Facsimile (212) 612-3297

            *Attorneys pro se*