## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Petitioner Mishcon de Reya New York LLP's: (i) PETITION FOR AN ORDER OF ATTACHMENT IN AID OF ARBITRATION; (ii) MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR AN EX PARTE ORDER OF ATTACHMENT IN AID OF ARBITRATION PURSUANT TO RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND CPLR §§ 6211(a) AND 7502(c); (iii) DECLARATION OF VINCENT FILARDO, JR., ESQ. executed on July 19, 2011, with Exhibits; and the Court's executed (iv) ORDER OF ATTACHMENT, were served on the following party and its attorney of record via Federal Express on this 22nd day of July 2011.

Ronald W. Hofer, CEO
Grail Semiconductor, Inc.
525 Avellino Isles Cir, #33201
Naples, Florida 34119

Wayne O. Stacy, Esq.
Cooley, LLP
380 Interlocken Crescent
Suite 900
Broomfield, Colorado 80021-8023

/s/ Vincent Filardo, Jr.
Vincent Filardo, Jr.

35619-1