## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Petitioner Mishcon de Reya New York LLP's: (i) CIVIL COVER SHEET; (ii) SUMMONS IN A CIVIL ACTION; (iii) RULE 7.1 DISCLOSURE; and the Court's (iv) ELECTRONIC CASE FILING RULES & INSTRUCTIONS; (v) INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL; and (vi) RECEIPT OF PAYMENT of $5,000 security bond with the copy of check, were served on the following party via Federal Express on this 27th day of July 2011.

Ronald W. Hofer, CEO
Grail Semiconductor, Inc.
525 Avellino Isles Circle, #33201
Naples, Florida 34119

/s/ Vincent Filardo, Jr.
Vincent Filardo, Jr.

35619-1