UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MISHCON DE REYA NEW YORK LLP, :
: Civil Action No. 11- 4971 (RJH) (HBP)
Petitioner, :
:
:
:
v. :
:
:
GRAIL SEMICONDUCTOR, INC., :
:
Respondent. :
:
------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Rule 64 of the Federal Rules of Civil Procedure and New York Civil Practice Law and Rules ("CPLR") Section 6211 (b), Petitioner Mishcon de Reya New York LLP, appearing pro se, shall move on the 18th day of August, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, before Honorable Richard J. Holwell, U.S.D.J., at the United States Courthouse, Room 17B, 500 Pearl Street, New York, New York, 10007, for an Order to Confirm the Order of Attachment in Aid of Arbitration, issued by the Court and dated, July 20, 2011.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Petitioner shall rely upon this Notice of Motion, the Memorandum of Law in Support of Petitioner's Motion to Confirm Order of Attachment in Aid of Arbitration Pursuant to CPLR § 6211(b), the Declaration of James J. McGuire, Esq., executed on July 28, 2011, together with the exhibits

annexed thereto, the Petition For an Ex Parte Attachment in Aid of Arbitration, and all pleadings and proceedings heretofore had herein.

Dated: New York, New York
July 28, 2011

MISHCON DE REYA NEW YORK LLP

By: _____
James J. McGuire
Mark A. Berube
Vincent Filardo, Jr.
Mishcon de Reya New York LLP
200 Park Avenue, 44th Floor
New York, NY 10166
Telephone (212) 612-3270
Facsimile (212) 612-3297

*Attorneys pro se*