## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Petitioner Mishcon de Reya New York LLP's: (i) NOTICE OF MOTION; (ii) DECLARATION OF JAMES J. MCGUIRE, ESQ. IN SUPPORT OF MOTION TO CONFIRM ORDER OF ATTACHMENT WITH EXHIBITS, (iii) MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S MOTION TO CONFIRM ORDER OF ATTACHMENT IN AID OF ARBITRATION PURSUANT TO CPLR§ 6211(B), and (iv) PROPOSED ORDER, were served on the following party via Federal Express on this 28th day of July 2011.

Ronald W. Hofer, CEO
Grail Semiconductor, Inc.
525 Avellino Isles Circle, #33201
Naples, Florida 34119

/s/ Vincent Filardo, Jr.
Vincent Filardo, Jr.

35619-1