UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____                │
│ DATE FILED: 12 | 13/11            │
└──────────────────────────────────┘
```

MISHCON DE REYA NEW YORK LLP,

        *Petitioner*,

    - against -

GRAIL SEMICONDUCTOR,

        *Respondent.*

11 Civ. 04971 (RJH)

**MEMORANDUM OPINION**
**& ORDER**

Oral argument on petitioner's Motion to Confirm Order of Attachment in Aid of

Arbitration and on respondent's Cross-Motion to Stay Arbitration has been rescheduled for

Tuesday, December 20, 2011, at 9:00 a.m.

SO ORDERED.

Dated: New York, New York
       December 8, 2011

                            Richard J. Holwell
                       United States District Judge