```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MISHCON DE REYA NEW YORK LLP,

                    Petitioner,

         -v-

GRAIL SEMICONDUCTOR, INC.,

                    Respondent.

------------------------------------------------------------------X

11 Civ. 4971 (JMF)

ORDER AND NOTICE OF CONFERENCE

JESSE M. FURMAN, District Judge:

      On July 13, 2012, Petitioner sought an Order to Show Cause why it should not be granted an Order appointing a Receiver and directing the turnover and assignment of United States Patent No. 6,642,552 to that Receiver for the purpose of selling it and distributing the proceeds of the sale to Petitioner toward satisfaction of its Judgment against Respondent.

      IT IS HEREBY ORDERED that counsel for all parties appear for a conference with the Court on **July 16, 2012, at 3:00 p.m.** to discuss the matters addressed in Petitioner's proposed Order to Show Cause.

      IT IS FURTHER ORDERED that, immediately upon receipt of this Order, and in no case later than **5:00 p.m.** on **July 13, 2012,** Petitioner shall serve upon Respondent's counsel by email its proposed Order to Show Cause, Motion for the Appointment of a Receiver, and all supporting papers.

      IT IS FURTHER ORDERED that Petitioner shall file its Motion for the Appointment of a Receiver, and all supporting documentation, on the CM/ECF system.

      SO ORDERED.

Dated: July 13, 2012
      New York, New York

                                                _____
                                                  JESSE M. FURMAN
                                             United States District Judge