UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MISHCON DE REYA NEW YORK LLP,    :
                                 :   Civil Action No. 11-4971 (JMF)
            Petitioner,          :
                                 :
                                 :
                                 :
         v.                      :
                                 :
                                 :
GRAIL SEMICONDUCTOR, INC.,       :
                                 :
            Respondent.          :
                                 :
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/12
```

## ORDER TO SHOW CAUSE

Let Respondent, Judgment Debtor Grail Semiconductor, Inc. ("Grail"), show cause before Honorable Jesse M. Furman, United States District Court Judge, in Courtroom 26A, in the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007, on the ~~20th~~ 29th Day of ~~July~~ August, 2012 at ~~9:30~~ 2:30 in the ~~morning~~ afternoon, or as soon thereafter as counsel may be heard, why Petitioner/Judgment-Creditor Mishcon de Reya New York LLP ("Mishcon") should not be granted an Order, pursuant to Federal Rule of Civil Procedure 69 and New York Civil Practice Law and Rules ("CPLR") §§ 5225 and 5228, (i) appointing a Receiver and (ii) directing the turnover and assignment of United States Patent No. 6,642,552 ("552 Patent") to that Receiver for the purpose of selling it and distributing the proceeds of the sale to Mishcon toward satisfaction of its Judgment against Respondent/Judgment-Debtor, along with such further relief to which Mishcon may be justly entitled, and it is further

ORDERED that service of a copy of this Order to Show Cause and all the papers upon which it was made shall be deemed good and sufficient service if made by electronic means and

Legal1US.66691.2

overnight express mail upon Grail at its last known address and upon its counsel of record in this matter, Garson, Segal, Steinmetz, Fladgate LLP, on or before July ~~13~~ 17, 2012; and it is further

ORDERED that opposition papers, if any, shall be filed with this Court and delivered by electronic means to Mishcon, so as to be received no later than 5:00 p.m. EDT on ~~July 17~~ August 7, 2012, and it is further

ORDERED that reply papers, if any, shall be filed with this Court and delivered by electronic means to Grail's counsel of record, so as to be received no later than 5:00 p.m. EDT on ~~July 19~~ August 14, 2012.

Dated: New York, New York
July 16, 2012

_____
United States District Judge