# **EXHIBIT A**

## Prager, Eric A.

| | |
|---|---|
| **From:** | Prager, Eric A. |
| **Sent:** | Tuesday, December 04, 2012 5:49 PM |
| **To:** | 'rg@gs2law.com'; 'cf@gs2law.com' |
| **Cc:** | Reibman, Andrew L. |
| **Subject:** | Receivership re U.S. Pat. No. 6,642,552 |
| **Attachments:** | Information re '552 patent.doc |

Messrs. Garson and Fladgate,

I am writing to follow up on my telephone call to Mr. Garson. I represent Andrew Reibman, the Receiver directed by Judge Furman to sell U.S. Patent No. 6,642,552 (the '552 patent).

In order to understand the value of the '552 patent and to facilitate a proper sale, Mr. Reibman requires the information set forth in the attached document. Please feel free to contact me with any questions. Thank you for your assistance.

Regards,

**K&L GATES**

**Eric A. Prager**
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Phone: +1.212.536.4827
Fax: +1.212.536.3901
Mobile: +1.917.301.9712
eric.prager@klgates.com
www.klgates.com

**Consider the environment. Think before you print!**

## Information Required by Receiver

Chain of title/ownership: Legacy of patent and documentation to support assignments (including employment agreements and documents submitted to USPTO).

Liens and security interests: Any and all third party interests, claims and ownership rights to the patent.

Joint development/third party funding: Any and all agreements relating to the patent.

License agreements: Any and all patent licenses (and offers of same), commercial agreements and product sale terms/conditions that convey a license under the patent.

Inventor availability: Willingness and extent to which inventor (whether employed or not) can be available to purchaser.

Fee payments: Summary of past maintenance, prosecution, etc. payments and identification of those due within ninety (90) days of assignment.

File history: Copy of prosecution file history (not electronic version from USPTO).

Challenges to validity: Specific art presented which may not be publicly available.

Prior assertions and litigation history: Companies on notice, enforcement engagements, litigations.

Evidence of use and supporting literature: Claim charts, rebuttals, technical assessments, market information.

Declarations to standards bodies/consortia: Commitments or obligations made to such organizations.

*Any other information of which Grail is aware that may be material to the value of the paten.*

*For the avoidance of doubt, Receiver does not wish to receive any information that is subject to attorney-client or work product privilege.*