Mishcon de Reya
NEW YORK LLP

Our Ref:    50039.3

750 7th Avenue - 26th floor
New York, NY 10019

www.mishconnewyork.com

October 15, 2013

Direct Tel:   212-612-3262
Direct Fax:   212-612-3297
E-mail:       James.McGuire@mishcon.com

<u>By E-Mail</u>

Honorable Jesse M. Furman
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1312

      Re:    <u>Mishcon de Reya New York LLP v. Grail Semiconductor, Inc.</u>
              Civil Action No. 11-Civ-4971 (JMF)

Your Honor:

      We write on behalf of Petitioner/Judgment-Creditor Mishcon de Reya New York LLP ("Mishcon") to update the Court on the status of the second auction of United States Patent No. 6,642,522 ("'552 Patent").

      Ownership of the '552 Patent was transferred to Mishcon in connection with the Court-ordered auction on April 30, 2013. As discussed in my August 8, 2013 Declaration (Docket No. 152), Mishcon intended to sell the '552 Patent at a second auction, which at that time was scheduled to occur by the end of September 2013. Mishcon has retained ICAP -- the same company that conducted the April 30 auction -- to conduct the second auction. By early September, however, Mishcon became concerned about the need to market and generate interest in the '552 Patent. After discussions with ICAP and significant work by Mishcon to revise the auction description and prepare other marketing materials, and upon ICAP's advice, Mishcon agreed to postpone the auction until November 21, 2013.

      Last week, ICAP advised that although it was in discussions with a number of interested buyers, the Security Agreement filed by Intervenor Niro, Haller & Niro with the United States Patent and Trademark Office, along with the security interest it purported to create, was creating a "stumbling block." Accompanying this letter is a copy of ICAP's October 9, 2013 e-mail so reporting and requesting details on the status of the security interest.

Legal1US.127387.3
Switchboard:  +1 212 612 3270
Main Fax:     +1 212 612 3297

New York:  Mishcon de Reya New York LLP
London:    Mishcon de Reya Solicitors

A list of partners is available for
inspection at the above address

Mishcon de Reya
NEW YORK LLP

      Mishcon is continuing to work with ICAP to assist in the marketing of the '552 Patent, and will continue to update the Court as additional developments occur. Mishcon des not expect any further delays of the auction.

      Respectfully,

      */s/ J. M. G.*

      James J. McGuire

cc:    Andrew Reibman, Esq.
       Eric A. Prager, Esq.
       Robert Garson, Esq.
       Scott Kenneth Winikow, Esq.
       Vincent Filardo, Jr., Esq.

Legal1US.127387.3
Switchboard: +1 212 612 3270
Main Fax: +1 212 612 3297

2

New York: Mishcon de Reya New York LLP
London: Mishcon de Reya Solicitors

A list of partners is available for inspection at the above address

**From:** David Schmidt [David.Schmidt@us.icap.com]
**Sent:** Wednesday, October 09, 2013 11:20 AM
**To:** James McGuire; Vincent Filardo; Mark Raskin; Robert Whitman; Jason LaBerteaux
**Cc:** Dean Becker; Clay Becker
**Subject:** Grail Patent Encumbrances

Mishcon Team,

Clay is in discussions with a number of interested parties, and, predictably, the Khosrow lien and Niro security interest are stumbling blocks.

What details, if any, do you have on these encumbrances? Will they be extinguished with the proceeds of the sale?

Any additional information would be helpful.

Thanks,

David

**David W. Schmidt** | Associate Counsel | ICAP Americas | 200 W. Madison, 37th Floor, Chicago, IL 60606
Office: 312.327.8001 | Mobile: 312.218.4739 | Fax: 646.786.3322 | David.Schmidt@us.icap.com

*Privileged and Confidential - Attorney Communication*
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.