Mishcon de Reya
NEW YORK LLP

Our Ref:    50039.3

750 7th Avenue - 26th floor
New York, NY 10019

www.mishconnewyork.com

November 22, 2013

Direct Tel:   212-612-3262
Direct Fax:   212-612-3297
E-mail:       James.McGuire@mishcon.com

**By ECF**

Honorable Jesse M. Furman
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1312

    Re:    Mishcon de Reya New York LLP v. Grail Semiconductor, Inc.
            Civil Action No. 11-Civ-4971 (JMF)

Your Honor:

    We write on behalf of Petitioner/Judgment-Creditor Mishcon de Reya New York LLP ("Mishcon") to update the Court on the result of the second auction of United States Patent No. 6,642,552 ("'552 Patent").

    As explained in my letter to the Court of October 15, 2013, the second auction of the '552 Patent, which was scheduled to take place on September 30, 2013, was postponed to yesterday, November 21, 2013. In short, the auction was not successful, and the '552 Patent was not purchased. Not even a single bid was received.

    We think it is appropriate to advise the Court that ICAP, the company that conducted the auction, has informed us that while there was some interest in the '552 Patent from prospective buyers, there were many questions concerning purported liens on the '552 Patent.

    We will continue to update the Court of any additional developments.

Respectfully,

James J. McGuire

cc:    Andrew Reibman, Esq.
       Eric A. Prager, Esq.
       Robert Garson, Esq.
       Scott Kenneth Winikow, Esq.
       Vincent Filardo, Jr., Esq.

Legal1us.162832.2
Switchboard:  +1 212 612 3270
Main Fax:     +1 212 612 3297

New York:  Mishcon de Reya New York LLP
London:    Mishcon de Reya Solicitors

A list of partners is available for
inspection at the above address